UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

IN RE: Dickson GMP International, Inc.

Case No.   00-34073-H4-11

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 13 2000
Michael N. Milby, Clerk of Court

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached Yes No (Y/N) | Number of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A. Real Property | Y | 2 | $ 1,100,000.00 | | |
| B. Personal Property | Y | 25 | $11,740,770.00 | | |
| C. Property Claimed as Exempt | N | | | | |
| D. Creditors Holding Secured Claims | Y | 1 | | $ 64,343,250.00 | |
| E. Creditors Holding Unsecured Priority Claims | Y | 4 | | $ 1,403,174.00 | |
| F. Creditors Holding Unsecured Nonpriority Claims | Y | 92 | | $ 48,963,613.75 | |
| G. Executory Contracts and Unexpired Leases | Y | 3 | | | |
| H. Codebtors | Y | 2 | | | |
| I. Current Income of Individual Debtors | N | | | | |
| J. Current Expenditures of Individual Debtor(s) | N | | | | |
| Total number of Sheets of all Schedules | | 129 | | | |
| TOTAL ASSETS | | | $12,840,770.00 | | |
| TOTAL LIABILITIES | | | | $114,710,037.80 | |

103

**Dickson GMP International, Inc.**                **Case No. 00-34073-H4-11**

## GENERAL NOTES REGARDING THE SCHEDULES

1. Current Market Value - As the Debtor moves toward its liquidation plan it is envisioned that current values will be determined. Accordingly, unless otherwise indicated, net book values, rather than current market values, of the Debtor's interests in property are reflected on the Debtor's Schedules.

2. Claims Description - Any failure to designate a claim on the Debtor's Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed", "contingent", or "unliquidated". The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

3. Accuracy - While every effort has been made to file complete and accurate Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend its Schedules as necessary or appropriate.

THIS DOCUMENT MAY BE VIEWED

IN THE

OFFICE OF THE CLERK.