IN THE UNITED STATES BANKRUPTCY COURT     TX-10
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| | § | CASE NO. **00-34073-H4-7** |
| **DICKSON GMP INTERNATIONAL, INC.** | § § | |
| | § | **MOTION TO PAY FUNDS INTO** |
| Debtor(s) | § | **THE REGISTRY UNDER 11 U.S.C.** |
| | § | **§374(A)** |

The undersigned Trustee reports:

_____    The dividend(s) payable to the Debtor(s) listed on *Exhibit "A"* hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

\_\_X\_\_\_\_\_    More than ninety (90) days have passed since the final distribution and the dividend(s) payable to the creditor(s) listed on *Exhibit "A"* hereto remain unclaimed.

       Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said *Exhibit "A"* for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

DATED: August 26, 2010               /s/ Robbye R. Waldron, Chapter 7 Trustee
                                                   ROBBYE R. WALDRON, TRUSTEE
                                                   15150 Middlebrook
                                                   HOUSTON, TX  77058
                                                   (281) 488-4438
                                                   (281) 488-4597 FACSIMILE

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the attached *MOTION TO PAY FUNDS INTO THE REGISTRY UNDER U.S.C. §374(A)*, was served on the U.S. Trustee electronically via the Court's Pacer system on the 26th day of August, 2010.

                                                   /s/ Robbye R. Waldron, Chapter 7 Trustee
                                                   Robbye R. Waldron, Chapter 7 Trustee

**EXHIBIT "A"**               TX-10

**PLEASE CHECK ONE:**

\_\_\_\_\_ Small Dividends
\_\_X\_\_ Unclaimed Dividends

| Name | Address | Claim # | Amount |
|---|---|---|---|
| Lynell Ellis | 4770 Cerise Avenue<br>New Orleans, LA  70127 | 7 | $753.37 |
| Darnell H. Cudahy | 422 Terry Parkway<br>Gretna, LA  70056 | 74 | $141.10 |
| Reynaldo Beteta | P.O. Box 71074<br>New Orleans, LA  70172 | 81 | $441.72 |
| Irvin G. Riley | 280 Southwood Dr.<br>Gretna, LA  70056 | 102 | $490.80 |
| Norman Elandeche III | 5072 Oak Bayou<br>Marrero, LA  70072 | 135 | $1,292.03 |
| Angel Pinales | 3311 Hans Avenue, Apt E<br>Kenner, LA  70065 | 137 | $539.88 |
| Randy A. Patin | 5076 Woodcrest Dr<br>Marrero, LA  70072 | 423a | $153.38 |
| Larry Conner | 352 Firethorn<br>Gretna, LA  70056 | 425a | $506.14 |
| Constance H. Leblanc | 1316 Curtis St<br>Harvey, LA  70058 | 426a | $537.21 |
| Thomas G. Wright | 10 English Turn Court<br>Belle Chasse, LA  70037 | 435a | $2,638.05 |
| Dupre's Supply Company | c/o Malinoff & Baksi PC<br>1710 Dairy Ashford, Ste 110<br>Houston, TX  77077 | 4 | $694.82 |
| Roy M. Aller | Law Offices of Tony B Jobe PC<br>Madisonville, LA  70447 | 11 | $42.36 |
| Team Clean Janitorial | 8620 Highway 23<br>Belle Chasse, LA  70037 | 30 | $106.42 |
| Broin Louis Robinson | 1632 Somerset Place<br>Marrero, LA  70072 | 55 | $12.99 |
| Darnell H., Cudahy | 422 Terry Parkway<br>Gretna, LA  70056 | 74a | $69.03 |
| Coastal Pressure Systems, Inc. | Barry A. Friedman, Esquire<br>Attorney at Law<br>P.O. Box 2394<br>Mobile, AL  36652-2394 | 130 | $252.34 |
| American Aero Cranes | Attn: Kathy Sherman<br>P.O. Box 1352<br>Mobile, AL  36633 | 144 | $283.86 |
| Electronocom, Inc. | 1110 Ridgewood Dr.<br>Metairie, LA  70001 | 152 | $18.88 |
| Sola Communications, Inc. | P.O. Box 90662<br>Lafayette, LA  70509 | 165 | $69.41 |
| Go Disposal, Inc. | P.O. Box 7138 | 172 | $80.11 |

| | | | |
|---|---|---|---|
| | Belle Chasse, LA  70037 | | |
| River Chem. Ind. Inc. | P.O. Box 997<br>Belle Chasse, LA  70037 | 179 | $55.38 |
| ABB Lummus Global, Inc. | c/o Dreier Baritz & Federman<br>120 N. Robinson St., Ste 2720<br>Oklahoma City, OK  73102 | 187 | $8,401.25 |
| Herbert Fontenot | P.O. Box 129<br>Fenton, LA  70640 | 231 | $6.44 |
| Bayou Boeuf Electric | P.O. Box 62573<br>New Orleans, LA  70162 | 233 | $8.17 |
| Southern Steel LLC | P.O. Box 81113<br>Lafayette, LA  70598 | 241 | $7.33 |
| Gulf States Rentals | 3718 Commercial Dr.<br>P.O. Box 13557<br>New Iberia, LA  70562-3557 | 265 | $12.81 |
| Wayne P. Forest, Jr. | 511 Third Street<br>Belle Chasse, LA  70037 | 279 | $77.98 |
| IRA Jane Hurst Associates | P.O. Box 82113<br>Lafayette, LA  70598 | 314 | $29.36 |
| American Airlines, Inc.<br>Universal Air Travel Plan<br>Air Travel Card Collections | 7645 E 63rd St.<br>MD 782<br>Tulsa, OK  74133-2838 | 320 | $148.93 |
| Chalmette Blue Print Inc | 101 Old Hickory Ave<br>Chalmette, LA  70043 | 322 | $50.73 |
| Associates Capital Bank<br>DBA West Bld Materials Credit Plan | Dept: 14-000 295925<br>P.O. Box 7004<br>Sioux Falls, SD  57117 | 232 | $58.91 |
| Shannon Hardware | P.O. Box 460<br>Broussard, LA  70518 | 329 | $606.53 |
| AIG Law Dept – Bankruptcy | c/o Michelle A. Levin, Esq.<br>70 Pine Street 31st Floor<br>New York, NY  10270 | 370 | $399.26 |
| American Motorist Ins Co. | Leyh & Payne LLP<br>5850 San Felipe, Ste 370<br>Houston, TX  77057 | 408 | $2,173.83 |
| Industrial Welding Supply Co. | Adams & Reese LLP<br>4500 One Shell Square<br>New Orleans, LA  70139 | 411 | $3,685.71 |
| Bobby J. Frantom | 23289 Oak Alley Place<br>Covington, LA  70453 | 422 | $3,938.46 |
| Randy A. Patin | 5076 Woodcrest Dr.<br>Marrero, LA  70072 | 423 | $26.44 |
| Larry Conner | 352 Firehorn<br>Gretna, LA  70056 | 425 | $119.37 |
| Jo-De Equipment Rental Co Inc | Wayne T. Crochet, Esq.<br>1905 Hickory Ave.<br>Harahan, LA  70123 | 211 | $144.75 |
| **TOTAL** | | | **$29,075.54** |