| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

OCT 15 2010

David J. Bradley, Clerk of Court

IN RE: §
§
Dickson GMP International, Inc. §
§ BANKRUPTCY CASE NUMBER
(Debtor), § 00-34073-H4-7
§
§

## PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Bobby J. Frantom hereby petitions the Court for $3,938.46 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Bobby J. Frantom, creditor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

The original dividend check was mailed to Bobby J. Frantom at 23289 Oak Alley Place, Covington, LA 70453. That address is no longer valid. The change of address may have prevented delivery of the original dividend check. Exhibit A is evidence that Bobby J. Frantom previously used that address

The creditor(s) current/correct mailing address is:

> Bobby J. Frantom
> 3807 Brea Ct
> Spring, TX 77386-1815
> Phone No. 281-528-7986

Unclaimed.fds
06/23/98

Dated: **October 12, 2010**

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On **10/12/10** before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington

**Unclaimed.fds**
06/23/98

# CERTIFICATE OF SERVICE OF APPLICATION
# ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on October 12, 2010 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

> U.S. Attorneys Office
> P.O. Box 61129
> Houston, TX 77208

> U.S. Trustees Office
> 515 Rusk Ave., Ste. 3516
> Houston, TX 77002

Notice is further given that on October 12, 2010 a copy of the Application for Release of Unclaimed Funds was served on the Case Trustee by Electronic Mail at the following addresses:

> Robbye R. Waldron
> Case Trustee
> 15150 Middlebrook Dr.
> Houston, TX 77058-2599

Dated: October 12, 2010

*[signature]*

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for Bobby J. Frantom

**Unclaimed.fds**
**06/23/98**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

RE: Dickson GMP International, Inc.

Debtor(s)

Case: 00-34073-H4-7

**AUTHORITY TO ACT**
Limited Power of Attorney
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Bobby J. Frantom** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$3,938.46** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Bobby J. Frantom

Date: Sept 21, 2010

Tax ID: XXX-XX-7783

## ACKNOWLEDGMENT

STATE OF TEXAS )
COUNTY OF MONTGOMERY

On this 21 day of SEPTEMBER, 2010, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) BOBBY J. FRANTOM known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC Wayne A. Halberg
Residing at Spring, Texas
My Commission expires May 16, 2012

WAYNE A. HALBERG
My Commission Expires
May 16, 2012