

ENTERED
03/08/2011

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

In Re:  
    Dickson GMP International Inc  
    dba TrnsCoastal Fabrication & Offshore Group, Inc.

Case No. 00-34073

#1057

Debtor(s).

## Order for Payment of Unclaimed Funds

Upon the application of American Motorist Insurance Company, seeking payment of $ 2,173.83 representing funds previously unclaimed by

    American Motorist Insurance Company  
    One Corporate Drive  
    Lake Zurich, IL  60047

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that American Motorist Insurance Company is entitled to

the unclaimed funds, it is

    Ordered that the Clerk pay $ 2,173.83 to:

    American Motorist Insurance Company  
    c/o American Property Locators, Inc.  
    3855 S. Boulevard, Suite 200  
    Edmond, OK 73013

Signed this 8th day of March, 2011.

United States Bankruptcy Judge